UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOROTHY A. HANSEN, Personal Representative of the Estate of ROLAND G. ABIVA,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY et al.,<br><br>Defendants. | CASE NO. 3:21-cv-05287-LK<br><br>ORDER DENYING STIPULATED MOTION FOR AN ENLARGEMENT OF TIME AND JOINT STIPULATED MOTION FOR CONTINUANCE WITHOUT PREJUDICE |

  This matter comes before the Court on the stipulated motion of Plaintiff Dorothy A. Hansen and Defendant Principal Life Insurance Company ("PLIC") seeking an extension of PLIC's time to file a responsive pleading, Dkt. No. 32, and a stipulated motion by all parties seeking a continuance of Defendant Atlantic Specialty Insurance Company's motion to dismiss and additional time for the pretrial conference, Dkt. No. 36.

  The Court denies both motions without prejudice because the parties have failed to explain with sufficient clarity what relief they seek. The most recent motion is styled as a request for a

continuance of the motion to dismiss[1] and for an extension of time "before the pre-trial conference and scheduling efforts are undertaken."[2] Dkt. No. 36 at 1. However, the parties' proposed order suggests that they seek a stay of this proceeding in its entirety. Dkt. No. 36-2 at 1. And, if the parties' desired relief is a stay, it is unclear (1) whether the proposed stay encompasses the responsive pleading deadline requested in PLIC's earlier motion, Dkt. No. 32, or (2) how long they want the stay to last. Although the stipulated motion states that the parties "request an extension until July 15, 2022," *id.* at 2—84 days from the date they filed their motion—their proposed order describes the request as one "to Stay this proceeding for ninety (90) days," Dkt. No. 36-2 at 1.

The Court DENIES both stipulated motions, Dkt. Nos. 32, 36, without prejudice, and DIRECTS the parties to file a new motion specifying the precise relief they seek.

Dated this 25th day of April, 2022.

Lauren King
United States District Judge

---

[1] The parties do not specify the precise length of continuance they seek regarding Atlantic Specialty Insurance Company's motion to dismiss, only suggesting that it be reset for "sometime in October 2022." *Id.* at 2.

[2] The Court assumes that the parties intended to refer to the 26(f) conference rather than the pretrial conference, which has not yet been scheduled.

ORDER DENYING STIPULATED MOTION FOR AN ENLARGEMENT OF TIME AND JOINT STIPULATED MOTION FOR CONTINUANCE WITHOUT PREJUDICE - 2