UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOROTHY A HANSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, *et al.*,<br><br>    Defendants. | CASE NO. 3:21-cv-05287-LK<br><br>ORDER STRIKING MOTION TO DISMISS WITH LEAVE TO REFILE |

The District Court has referred defendant Principal Life Insurance Company's amended motion to dismiss to the undersigned. Dkt. 46.

The Honorable Lauren King, the presiding judge in this matter, has issued a standing order for civil cases,[1] which requires the following:

> Parties must make a meaningful effort to confer prior to filing a dispositive motion. Such motions must contain a certification of conferral. The certification should be clearly visible within either the first substantive paragraph or the final paragraph of the motion.

---

[1] *Available at* https://www.wawd.uscourts.gov/judges/king-procedures.

       Parties should provide for at least three business days between attempts to confer and a motion's filing and shall explain their specific efforts to comply in the certification if contact was not successfully made.

Standing Order for All Civil Cases, at 4.

       Here, the amended motion to dismiss fails to comply with the requirement of including a certification of conferral. Therefore, the Court strikes the motion to dismiss (Dkt. 46) from the docket, with leave to refile, if necessary, after the movant has complied with Judge King's standing order.

       The parties are reminded that they must comply with Judge King's standing orders in this matter and should familiarize themselves with those orders.

       Dated this 27th day of June, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER STRIKING MOTION TO DISMISS WITH
LEAVE TO REFILE - 2